**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **LATASHA LOPER,** ) | **CASE NO. 1:16CV2842** |
| ) | |
| **Plaintiff,** ) | |
| ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. ) | |
| ) | |
| **CLEVELAND POLICE** ) | |
| **HEADQUARTERS,** *et al.*, ) | <u>O R D E R</u> |
| ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

This Court has reviewed the Report and Recommendations (Docs.#18 and 19) of Magistrate Judge Thomas M. Parker regarding Defendant Ohio Department of Education's Motion to Dismiss (Doc.#5) and Defendant Cleveland Police Headquarters' Motion to Dismiss (Doc. #7). The Magistrate Judge recommended that both Motions be granted and the action be dismissed against both Defendants.

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. <u>Thomas v. Arn</u>, 728 F.2d 813 (6th Cir. 1984), <u>aff'd</u>, 474 U.S. 140 (1985); <u>Howard v. Secretary of Health and Human Services</u>, 932 F.2d 505 (6th Cir. 1991); <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendations (Docs.#18 and 19) and both Motions to Dismiss are granted.

IT IS SO ORDERED.

Dated: 5/12/2017

          *S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE